In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-400 CV


____________________



EARTHAE MAE SNEED, Individually and as 


Representative of the Estate of Marvin Sneed, Jr., Appellant



V.



PERRY LYNN MCCALL and 


BFI WASTE SERVICES OF TEXAS, L.P., Appellees






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-178,018-B






MEMORANDUM OPINION


 The appellant, Earthae Mae Sneed, Individually and as Representative of the Estate
of Marvin Sneed, Jr., Deceased, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss
is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 20, 2008


Before McKeithen, C.J., Gaultney and Kreger, JJ.